JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BELEN RIVAS,

       Plaintiff,

v.

CITY OF LOS ANGELES, ET AL,

       Defendants.

Case No.: 2:21-cv-02440-CBM-AS

**JUDGMENT**

    Consistent with the Court's Order re: Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, judgment is hereby entered in favor of Defendants Pamplona, Guerrero, Muller and Auner, and against Plaintiff Belen Rivas.

    **IT IS SO ORDERED.**

DATED: April 23, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1